**Electronically Filed
Supreme Court
SCOT-20-0000499
25-AUG-2020
07:56 AM**

SCOT-20-0000499

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STEVE TATAII, Plaintiff,

vs.

SCOTT T. NAGO, in his capacity
as Chief Election Officer, State of Hawaiʻi,
Defendant.

---

ORIGINAL PROCEEDING
(CIV. NO. 1CCV-20-0000864)

<u>ORDER DISMISSING COMPLAINT</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Remigio, assigned by reason of vacancy)

Upon consideration of plaintiff Steve Tataii's "Election Complaint," filed on August 4, 2020, the documents attached thereto and submitted in support thereof, and the record, it appears that this court lacks jurisdiction to consider the complaint. <u>See</u> HRS § 602-5; <u>see also</u> HRS §§ 11-172 and 12-8. Accordingly,

IT IS HEREBY ORDERED that the complaint is dismissed.

DATED: Honolulu, Hawaiʻi, August 25, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Catherine H. Remigio

